**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Prentis Baker,

Plaintiff,

v.

Social Security Administration,

Defendant.

Case No. 2:26-cv-02940-NJK

**ORDER**

On September 17, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* and, after screening his complaint, dismissed it with leave to amend. Docket No. 5. The Court ordered that Plaintiff must file an amended complaint no later than October 9, 2026. *Id*.

The Court has now received notice that Plaintiff has failed to update his address. *See* Docket Nos. 7, 8 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of updated address by October 23, 2026. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: October 9, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE