# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Prentis B.,

Plaintiff(s),

v.

Social Security Administration,

Defendant(s).

Case No. 2:26-cv-02940-NJK

**Order**

Plaintiff has failed to update his address. *See* Docket Nos. 7, 8. "A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file written notification of any change of address, and the local rules expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

On October 9, 2026, the Court ordered Plaintiff to update his address by October 23, 2026, and warned that failing to do so may result in dismissal. Docket No. 9.[1] Despite that warning, Plaintiff has not updated his address.

Plaintiff has disobeyed the local rules and the Court's order requiring prompt updating of a litigant's address. Plaintiff's failure to update his address, his disobedience with the local rules, and his disobedience of the Court's orders are abusive litigation practices that have interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the orders of this Court notwithstanding the warning that case-

[1] Separate from the issue with Plaintiff's address, the Court also dismissed the complaint with leave to amend. Docket No. 5. Plaintiff did not file an amended complaint.

dispositive sanctions may be imposed. Moreover, the Court cannot impose or threaten lesser sanctions because such an order "would only find itself taking a round trip tour through the United States mail" given Plaintiff's failure to update his address. *See Carey*, 856 F.2d at 1441.

Accordingly, the Court **DISMISSES** this case without prejudice.

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge